IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khalafala M. Khalafala, | No. CV-09-1148-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| John Crowther, et al., | |
| Defendant. | |

On October 26, 2011, Magistrate Judge Jay R. Irwin issued a Report and Recommendation ("R&R") recommending that Defendant Unknown ICE Supervisor be dismissed without prejudice. (Doc. 173). No objections were filed. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 173) is **ADOPTED** and Defendant Unknown ICE Supervisor is **DISMISSED WITHOUT PREJUDICE**.

DATED this 29th day of November, 2011.

_____
Roslyn O. Silver
Chief United States District Judge